# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSALBA GODINEZ RAMIREZ, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation dba COSTCO; DOE INDIVIDUALS 1-10; ROE BUSINESS ENTITIES 11-20,<br><br>            Defendants. | CASE NO. 2:26-cv-00188-ART-BNW<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTFF'S CLAIM FOR LOSS OF PAST AND FUTURE WAGES AND EARNING CAPACITY |

///

///

///

///

///

///

///

1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR LOSS OF PAST AND FUTURE WAGES AND EARNING CAPACITY**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that Plaintiff ROSALBA GODINEZ RAMIREZ claim for loss of past and future wages and earning capacity in the above-captioned action against Defendant be dismissed with prejudice.

DATED this 21st day of April, 2026.

OLSON CANNON & GORMLEY

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant
*Costco Wholesale Corporation*

DATED this 21st day of April, 2026.

HICKS & BRASIER, PLLC

/s/ Christian A. Miles, Esq.
_____
CHRISTIAN A. MILES, ESQ.
Nevada Bar No.: 13193
2630 S. Jones Blvd.
Las Vegas, NV 89146
Attorney for Plaintiff
*Rosalba Godinez Ramirez*

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: April 22, 2026

2